UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30672
Summary Calendar
_____


Wallace Ray Ritter,

                                        Plaintiff-Appellee

                        versus

Ricky Hawthorne; Roger Smith,

                                        Defendants,

and

The Village of Sun,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court for the
            Eastern District of Louisiana
                    (CA-94-2249-E)
_____

January 15, 1996

Before KING, SMITH and BENAVIDES, Circuit Judges.

Per Curiam:*


     The Village of Sun, Louisiana, appeals from a denial of

summary judgment.  Sun contends that it is protected from suit by

_____

*     Pursuant to Local Rule 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

1

the Eleventh Amendment of the United States Constitution. We have reviewed the record and the district court's order and find no reversible error. Sun is a municipal corporation in Louisiana, is not an "arm of the state," and is not entitled to the immunity afforded the State of Louisiana under the Eleventh Amendment. Accordingly, we affirm for essentially the reasons given by the district court.

AFFIRMED.